AO 440 (Rev. 12/09) Summons in a Civil Action



# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| Lee | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:21-cv-01080-E |
| | ) | |
| New Era Asset Management LLC | ) | |
| *Defendant* | ) | |

## Summons in a Civil Action

**TO:** New Era Asset Management LLC     C/O UNITED STATES CORPORATION AGENTS, INC.
7014 13TH AVENUE SUITE 202
BROOKLYN, NY 11228

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Victor Metroff
2500 S Highland Ave
Suite 200
Lombard , IL 60148

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

DATE: 05/13/2021

# Affidavit of Process Server

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS**
(NAME OF COURT)

| ANDREW S. LEE | vs NEW ERA ASSET MANAGEMENT LLC | 3:21-cv-01080-E |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | CASE NUMBER |

I, MATTHEW HAPPANEY, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served NEW ERA ASSET MANAGEMENT LLC, c/o UNITED STATES CORPORATION AGENTS, INC.
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS & COMPLAINT

by leaving with MS. LISA KNIGHT        AUTHORIZED AGENT          At
                   NAME                    RELATIONSHIP

☐ Residence
                   ADDRESS                 CITY / STATE
☒ Business 7014 13TH AVE 2ND FLOOR        BROOKLYN, NY 11228
                   ADDRESS                 CITY / STATE

On JUNE 4, 2021          AT 2:00 PM
     DATE                    TIME

☒ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                    DATE
from MINEOLA, NY 11501
      CITY     STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of 18 and explaining the general nature of the papers.
☒ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
                                                      DATE     TIME          DATE     TIME
(3) _____ _____ (4) _____ _____ (5) _____ _____
     DATE     TIME            DATE     TIME            DATE     TIME

**Description:** Age 58  Sex FEM  Race BLK  Height 5' 5"  Weight 140LB  Hair BLK  Beard ____  Glasses YES

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 7 day of June, 2021, by MATTHEW HAPPANEY
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

RONALD D. INGBER
Notary Public, State of New York
No. 02IN6014286
Qualified in Nassau County
Commission Expires October 5, 2022

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of NEW YORK



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS